GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR20-02257-TUC-JGZ |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Zachary Zane Stephenson, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and submits the following sentencing memorandum for the sentencing scheduled on April 26, 2022.

The government agrees with the calculations as stated in the Presentence Investigation Report (PSR), dated March 23, 2022, and with the sentence recommended by Probation. For reasons contained within the PSR and to be presented at sentencing, the government requests that the court accept the plea agreement and sentence the defendant

///

///

///

to a sentence of 120 months imprisonment, followed by lifetime supervised release, as recommended by probation.

      Respectfully submitted this 11th day of April, 2022.

      GARY M. RESTAINO
      United States Attorney
      District of Arizona

      *s/ Carin C. Duryee*
      CARIN C. DURYEE
      Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 11th day of April, 2022, to:

All ECF participants